# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *EX REL.* **JOHN A. DICKSON, III,** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **HOSTMANN-STEINBERG INC., MICRO INKS, LTD, and QUAD/GRAPHICS, INC.,** <br><br> **DEFENDANTS.** | **CIVIL ACTION NO. 3:14-CV-559** <br><br> **ORDER** |

This matter is before the court on the government's motion to partially unseal this case. Together with that motion, the United States filed a notice reporting that it has intervened in this matter and that the parties have reached a settlement. From the motion and record it appears that the case should be partially unsealed as requested by the government.

Accordingly, it is hereby ordered that the relator's Complaint, the government's motion to unseal and notice of intervention, the settlement agreement attached to the government's notice as Exhibit A, and this Order be unsealed effective July 26, 2016. All other papers on file in this action remain under seal. This case remains open and the court retains jurisdiction with regard to the sole remaining issue of the relator's share as discussed in the government's motion and notice of intervention.

Signed: August 5, 2016

Graham C. Mullen
United States District Judge