IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *EX REL.* **JOHN A. DICKSON, III,** <br><br> **PLAINTIFF,** <br><br> v. <br><br> **HOSTMANN-STEINBERG INC., MICRO INKS, LTD, and QUAD/GRAPHICS, INC.,** <br><br> **DEFENDANTS.** | **CIVIL ACTION NO. 3:14-CV-559** |

_____

## **ORDER**

This matter is before the court on motion of the United States to dismiss this case. Based on the representations in that motion that all issues in this case have been resolved or settled and the court's review of the pleadings of record, it appears that this matter should properly be dismissed pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

Therefore, IT IS HERBY ORDERED THAT this action is dismissed.

Signed: November 30, 2016

Graham C. Mullen
United States District Judge